For petitioner: Baker & Spicer.

For respondent: F. A. Jones.

---

**252**

Ena M. Grattage
vs.                    Divorce
Charles Grattage       No. 10704

RESCRIPT

December 10, 1918

TANNER, P. J. The respondent seeks to void the decree allowing the complainant temporary alimony by producing an agreement for separation between the parties, in which for the consideration of $75 the complainant agreed to waive her rights to support.

Such agreements are valid if fair and reasonable. We are of the opinion, however, that the sum of $75 was a merely nominal consideration and by no means adequate.

The motion to modify the decree is therefore denied.

Commonwealth of Penn. vs. Smith, 13 Penn. Superior Court, 358.

For petitioner: Quinn and McKiernan.
For respondent: Cooney and Cahill.